```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


JOSEPH EVANS,                    )
                                 )
            Plaintiff,           )
                                 )
       v.                        )     No. 4:06 CV 50 DDN
                                 )
HUSSMANN CORPORATION,            )
                                 )
            Defendant.           )
```

## ORDER

**IT IS HEREBY ORDERED** that, without objection, the motion of defendant to substitute mediator (Doc. 23) is sustained, and Craig King, Jr., is designated as the mediator in this matter.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 5, 2006.